**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CASE NO.: 7:23-CR-26 (LAG) |
| FREDDICK ANTHONY MCCRAY, | : | |
| Defendant. | : | |

# ORDER

Before the Court is Defendant Freddick Anthony McCray's Motion under 28 U.S.C. § 2241 for § 3584 and §5G1.3.[1] (Doc. 40). Under 28 U.S.C. § 2241(a), only the "district court of the district wherein the restraint complained of is had" is granted the power to enter such a Motion. At the time this motion was submitted, Defendant was incarcerated in South Carolina, not in the Middle District of Georgia. The envelope submitted with Defendant's Motion shows that the Motion was sent from South Carolina. (Doc. 40-1; *see also* Doc. 43). Defendant's presence in South Carolina is further confirmed by the U.S. Bureau of Prisons website. *See* Federal Bureau of Prisons, *Inmate Locator*, https://www.bop.gov/inmateloc/ (last visited Sept. 11, 2026). Accordingly, Defendant's Motion is **DENIED**. Should Defendant wish to continue pursuing the relief sought in his Motion, he should refile it in the United States District Court for the District of South Carolina.

**SO ORDERED**, this 10th day of November, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**

[1] The Government provided a Response to Defendant's Motion. (Doc. 43).